## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

**Kristine Aritt,**

Plaintiff,

v.

**City of Plymouth and
Jim Barnes,**

Defendants.

**Civil No. 05-1506 (DSD-JJG)**

**ORDER**

---

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The defendants' motion to dismiss (Doc. No. 16) is **GRANTED.**

2. This matter is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 11th day of October, 2006.

                                                          s/David S. Doty
                                                          David S. Doty, Judge
                                                          United States District Court